# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 6/17/2014
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 7:09-CR-42-1BO |
| Shelley Dunn, Jr. | ) | |
| | ) | USM No: 51620-056 |
| Date of Original Judgment: October 21, 2009 | ) | |
| Date of Previous Amended Judgment: | ) | Laura S. Wasco |
| (Use Date of Last Amended Judgment if Any) | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The offense level resulted from application of the career offender guideline.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated October 21, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 6-19-14

Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011